# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

THE OFFICE OF THE DEPARTMENT
OF STATE OF FLORIDA,

    *Plaintiff*,

v.                            Case No. 4:17cv155-MW/CAS

BERTONCOT FINANCIAL TRUST,
ROBERT H. OLCOTT, AND
FLORIDAUCC, LLC,

    *Defendant*.

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

The Court has considered the Magistrate's Report and Recommendation, ECF No. 5, filed April 5, 2017. The Court has also reviewed *de novo* Defendant Bertoncot's Objections to the Report and Recommendation, ECF No. 7 (objection); ECF No. 8 (memorandum), filed May 2, 2017. Upon consideration,

**IT IS ORDERED:**

1. The report and recommendation is **ACCEPTED** and **ADOPTED** as the Court's opinion.

2. The Clerk must take all steps necessary to **REMAND** the action to the Second Judicial Circuit, in and for Leon

1

County, Florida.

3. The Clerk must close the file.

**SO ORDERED on May 4, 2017.**

                                        **s/Mark E. Walker**
                                        **United States District Judge**